**Artemio MILLADO, Petitioner,**

v.

**OFFICE OF Personnel MANAGEMENT, Respondent.**

No. 01–3224.

United States Court of Appeals, Federal Circuit.

Nov. 2, 2001.

Before MICHEL, RADER, and GAJARSA, Circuit Judges.

*ORDER*

RADER, Circuit Judge.

Artemio Millado responds to the issue whether this petition for review should be dismissed as frivolous.

Millado petitioned this court for review of a Merit Systems Protection Board decision denying his request for an annuity under the Civil Service Retirement System (CSRS). In the initial decision, the administrative judge (AJ) found no evidence that Milado ever made CSRS contributions. The AJ determined that Millado was not entitled to a CSRS annuity because his service between 1946 and 1947 was less than five years and his subsequent service was pursuant to excepted indefinite or temporary appointments. *See Rosete v. Office of Personnel Management,* 48 F.3d 514 (Fed.Cir.1995) (upholding OPM's interpretation that an indefinite appointment is excluded from to dismiss appeal as frivolous when appeal presents no arguably meritorious issue for consideration).

Accordingly,

IT IS ORDERED THAT:

(1) Millado's petition for review is dismissed.

(2) Millado's motion for leave to proceed in forma pauperis is moot.

(3) If Millado files another document with this court and, upon review, it is determined that the arguments are frivolous, this court will consider the imposition of monetary sanctions.